ADAM HODKIN, FBN 962597, *pro hac vice*
ahodkin@padulahodkin.com
PADULA HODKIN, PLLC
101 Plaza Royal South, St. 207
Boca Raton, FL 33432
Phone: 561.544.8900
Fax: 561.300.2128

Tom Roth, Cal. Bar No. 156712
thomasmroth@earthlink.net
Steinmeyer Roth LLP
2222 Foothill Blvd. #E354
La Canada, CA 91011
Phone: (818) 517-1532
Fax: (818) 660-1365

Attorneys for Defendant Andreae and Enchanted Success

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLACKMON, an individual, and JOHN GRAY, <br><br> Plaintiff, <br> vs. <br><br> GLENN TOBIAS, a/k/a Glen Tobias, et al., <br><br> Defendants. | CASE NO. 4:11-cv-02853-SBA |

**JOINT MOTION TO RESCHEDULE HEARING ON TOBIAS' MOTION TO DISMISS**

Pursuant to Local Rule 6-1(b), all Defendants file this Joint Motion to Reschedule Hearing on Defendant, Tobias' Motion to Dismiss currently scheduled for December 6, 2011 at 1:00 p.m. (D.E. #30) in light of Defendants, Andreae and Enchanted Success' counsel, Adam Hodkin's Notice of Unavailability filed on July 27, 2011 (D.E. #24).

All Defendants file this motion jointly. Plaintiffs and Defendants stipulate that Defendant, Tobias' Motion to Dismiss will be heard on January 24, 2012 at 1:00 p.m.

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, ST. 207
BOCA RATON, FL 33432

1 | Dated: August 22, 2011

Respectfully submitted,

**PADULA HODKIN, PLLC**
Attorneys for Andreae and Enchanted Success
101 Plaza Real South, Suite 207
Boca Raton, FL 33432
Telephone: 561.544.8900
Facsimile: 561.300.2128

By: /s/ Adam J. Hodkin
    Adam J. Hodkin
    Fla. Bar No. 962597

STIPULATION

The undersigned, as counsel for all parties in this action, hereby stipulate that Defendant, Tobias' Motion to Dismiss will be heard on January 24, 2012 at 1:00 p.m. Honorable Saundra B. Armstrong, at the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California, in Courtroom 1, 4th Floor.

| /s/ | /s/ |
|---|---|
| Adam J. Hodkin | Robert C. Buschel |
| Padula Hodkin, PLLC | Buschel Gibbons, P.A. |
| Attorneys for Defendants Andreae and Enchanted Success | Attorneys for Defendant Tobias |

/s/
David M. Given
R. Scott Erlewine
Phillips, Erlewine & Given, LLP
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 8/30/11

                                    _/s/ Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
UNITED STATES JUDGE

PADULA HODKIN, PLLC
101 PLAZA REAL SOUTH, ST. 207
BOCA RATON, FL 33432

| | |
|---|---|
| 1 | **SERVICE LIST** |

**David M. Given, Esq.**
Phillips & Erlewine & Given LLP
Attorneys for Plaintiffs
50 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415.398.0900
Facsimile: 415.398.0911
Email: dmg@phillaw.com
Via CM/ECF

**Randy Scott Erlewine, Esq.**
Phillips, Erlewine & Given LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415.398.0900
Facsimile: 415.398.0911
Email: rse@phillaw.com
Via CM/ECF

**Robert C Buschel, Esq.**
Buschel Gibbons, P.A.
Attorneys for Defendants, Tobias, Aldebarron, Infinity and Innerplay
100 S E 3rd Avenue, Suite 1300
Fort Lauderdale, FL 33394
Telephone: 954.530.5301
Email: buschel@bglaw-pa.com
Via CM/ECF

**Thomas Michael Roth, Esq.**
Steinmeyer Roth LLP
Co-Counsel for Andreae and Enchanted Success
2222 Foothill Blvd. E354
La Canada, CA 91011
Telephone: 818.562.1532
Facsimile: 818.660.1365
Email: thomasmroth@earthlink.net
Via CM/ECF

Joint Stipulation to Reschedule Hearing
CASE NO. 4:11-cv-02853-SBA

-3-