DAVID M. GIVEN (State Bar No. 142375)
R. SCOTT ERLEWINE (State Bar No. 095106)
ROBYN CALLAHAN DAVIS (State Bar No. 225472)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA  94111
Telephone:  415-398-0900
Fax:            415-398-0911
Email:  dmg@phillaw.com
            rse@phillaw.com
            rcd@phillaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, an individual; and JOHN GRAY, an individual,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GLENN TOBIAS a/k/a GLEN TOBIAS, etc., et al.,<br><br>                    Defendants. | Case No:   CV-11-2853-SBA<br><br>**JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:         January 24, 2012<br>Time:        1:00 p.m.<br>Courtroom: 1, Fourth Floor<br>Judge:       Hon. Saundra Brown Armstrong |

The Tobias Defendants filed a Motion to Dismiss on August 12, 2011 (Dkt. No. 30). Defendants Andreae and Enchanted Success filed a Motion to Dismiss on August 19, 2011 (Dkt. No. 33). The hearings on these Motions to Dismiss were set for December 6, 2011, but the parties submitted a joint stipulation requesting the hearings be moved to January 24, 2011. (Dkt. No. 35).

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiffs' counsel has conferred with Defendants' counsel, and they have jointly agreed to modify the briefing schedule to give Plaintiffs two-week extensions to file oppositions to Defendants' Motions to Dismiss and to give the Andreae Defendants a one week extension in which to file their reply.

Accordingly, the parties respectfully request that the deadlines for Plaintiffs' oppositions to the Motions to Dismiss be extended to September 9, 2011 for the Tobias Defendants' Motion and September 16, 2011 for the Andreae Defendants' Motion. In light of this extension, the Tobias Defendants' reply will be due on September 16, 2011, and the parties respectfully request that the Andreae Defendants be granted until September 30, 2011, to file their reply brief.

The extension of the briefing schedule will not affect the hearing dates on the Motions to Dismiss.

Respectfully submitted,

/s/
David M. Given
R. Scott Erlewine
Robyn Callahan Davis
PHILLIPS, ERLEWINE & GIVEN, LLP
Attorneys for Plaintiffs

**IT IS SO STIPULATED.**

## STIPULATION

The undersigned, as counsel for all parties in this action, hereby stipulate as follows: (1) Plaintiffs may have an extension of time to and including September 9, 2011 in which to file a response to the Tobias Defendants' Motion to Dismiss and to and including September 16, 2011 in which to file a response to the Andreae Defendants' Motion to Dismiss. (2) The Tobias Defendants may have an extension of time to and including September 16, 2011 in which to file any reply and the Andreae Defendants may have an extension of time to and including September 30, 2011 in which to file any reply.

/s/
David M. Given
R. Scott Erlewine
Robyn Callahan Davis
PHILLIPS, ERLEWINE & GIVEN, LLP
Attorneys for Plaintiffs

/s/
Robert C. Buschel
BUSCHEL GIBBONS, P.A.
Attorneys for Tobias Defendants

/s/
Adam J. Hodkin
PADULA HODKIN, PLLC
Attorneys for Andreae Defendants

**IT IS SO ORDERED**:

Dated: August 30, 2011

Hon. Saundra Brown Armstrong
United States District Judge

**Joint Stipulation to Modify Briefing Schedule on Defendants' Motions to Dismiss - CV-11-2853-SBA**