1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

JAMES BLACKMON, et al.,

             Plaintiffs,

    v.

GLENN TOBIAS, et al.,

             Defendants.

_____/

No. C 11-02853 SBA (LB)

**ORDER (1) GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY AND (2) SETTING HEARING DATE FOR PLAINTIFFS' MOTION FOR WRIT OF ATTACHMENT**

     In this action, which is currently pending before Judge Armstrong, James Blackmon and John Gray (collectively, "Plaintiffs") sued Glenn Tobias, Jane Andreae, and their various companies (collectively, "Defendants"), alleging numerous fraud-based claims related to several loans Plaintiffs made to Defendants.  Complaint, ECF No. 1.  On June 13, 2011, Plaintiffs moved *ex parte* for a writ of attachment.  Plaintiffs' *Ex Parte* Motion, ECF No. 4.  Judge Armstrong denied the motion without prejudice.  6/16/2011 Order, ECF No. 12.

     Accordingly, plaintiffs were free to file a noticed motion for the same relief, and, about five weeks later, they did so.  Plaintiffs' Motion, ECF No. 22.  Judge Armstrong then referred the motion to this court.  Referral, ECF No. 29.  While the motion is based on – and in fact incorporates – Plaintiffs' previous *ex parte* motion and the declarations that accompanied it, it nevertheless was filed as a noticed motion.  *See* Plaintiffs' Motion, ECF No. 22.  Defendants filed an opposition brief, and Plaintiffs filed a reply brief.  Defendants' Opposition, ECF No. 37; Joinder in Opposition, ECF No. 39; Plaintiffs' Reply, ECF No. 52.

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1    Not content with the briefing already filed, Defendants filed a joint administrative motion for

2   leave to file a sur-reply.  Defendants' Joint Motion, ECF No. 58.  Plaintiffs opposed the

3   administrative motion on the ground that Defendants attached their proposed sur-reply to their joint

4   administrative motion in violation of this District's civil local rules.  Plaintiffs' Opposition, ECF No.

5   59.  Defendants then filed a joint reply brief in support of their administrative motion, even though

6   reply briefs are not contemplated for administrative motions.  Defendants' Joint Reply, ECF No. 63;

7   *see* Civ. L.R. 7-11..

8    Despite the proliferation of impermissibly-filed briefs, the court believes that there is good

9   cause to allow further briefing on Plaintiffs' motion for a writ of attachment.  Plaintiff's Motion,

10   ECF No. 22.  *See Michael Taylor Designs, Inc. v. Travelers Property Cas. Co. of Am.*, No. C

11   10–2432 RS, 761 F.Supp.2d 904, 909 (N.D. Cal. 2011) (explaining that this District's Civil Local

12   Rules "are structured to deter an endless cycle of filings and counter-filings while preserving the

13   Court's ability to render a decision that is fully-informed by any particularly germane legal authority

14   that may emerge," but noting that a court may, in its discretion, solicit further briefing on a matter).

15   Accordingly, Defendants may file a sur-reply as a new, separate entry on ECF no later than

16   September 30, 2011, and Plaintiffs may file their own sur-reply no later than October 7, 2011.

17    The parties also dispute when Plaintiffs' motion for writ of attachment is scheduled to be

18   heard.  As described above, Plaintiffs initially filed and noticed their motion for hearing before

19   Judge Armstrong, whose clerk then set it to be heard on December 6, 2011.  Clerk's Notice, ECF

20   No. 23.  When Judge Armstrong referred the motion to this court, the December 6, 2011 hearing was

21   not vacated as it often is.  Referral, ECF No. 29.  Since the motion is to be heard by this court, the

22   December 6, 2011 hearing is hereby vacated.  Instead, the motion will be heard by this court on

23   Thursday, February 16, 2012 at 11:00 a.m. in Courtroom 4, Third Floor, United States District

24   Court, 1301 Clay Street, Oakland, California 94612.

25    This disposes of ECF Nos. 58, 64.

26    **IT IS SO ORDERED.**

27   Dated: September 26, 2011

28    _____
     LAUREL BEELER
     United States Magistrate Judge

C 11-02853

2