UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN TOBIAS, et al.,<br><br>Defendants. | Case No: C 11-2853 SBA<br><br>**ORDER CONTINUING MOTIONS TO DISMISS AND ORDER OF REFERENCE**<br><br>Docket 30, 33, 83, 85, 87, 88. |

On August 12, 2011, Defendants Glenn Tobias, Aldebarron Management Company, Infinity Entertainment Inc., and Innerplay Entertainment ("Tobias Defendants") filed a motion to dismiss. Dkt. 30. On August 19, 2011, Defendants Jane Andreae and Enchanted Success ("Andreae Defendants") filed a motion to dismiss and for a more definite statement. Dkt. 33. The hearing on these motions is currently scheduled for January 24, 2012. Dkt. 40.

On December 12, 2011, counsel of record for the Andrea Defendants[1] filed a motion to withdraw. Dkt. 83. On December 20, 2011, counsel of record for the Tobias Defendants filed a motion to withdraw. Dkt. 85. Neither the Andreae Defendants nor Tobias Defendants, however, noticed their motion to withdraw for a hearing as required by Civil Local Rule 7-2.

On December 28, 2011, counsel for Andreae Defendants filed an administrative motion requesting that this Court issue an Order granting their request to withdraw. Dkt. 87. On December 29, 2011, counsel for Tobias Defendants also filed an administrative

---

[1] The motion indicates that counsel represents Victoria Andreae and Enchanted Success. Victoria Andreae is also known as Jane Andreae. Thus, counsel represents the Andreae Defendants.

motion requesting that this Court issue an Order granting his request to withdraw. Dkt. 88. Defense counsel seek to withdraw before the hearing scheduled for January 24, 2012. Dkt. 87, 88. Plaintiffs James Blackmon and John Gray ("Plaintiffs") filed a response to the administrative motions, indicating that they object to the timing of the withdrawal of counsel for all Defendants in this matter. Dkt. 89. Among other things, Plaintiffs request that counsel for Defendants not be permitted to withdraw until after the Motion for Right to Attach Order is heard, id., which is currently scheduled to be heard by Magistrate Judge Beeler on February 16, 2012. Dkt. 67.

In light of the foregoing, IT IS ORDERED that the Tobias Defendants' motion to dismiss and the Andreae Defendants' motion to dismiss and for a more definite statement currently scheduled for January 24, 2012 are CONTINUED to **March 27, 2012 at 1:00 p.m.** IT IS FURTHER ORDERED that the motions to withdraw (Dkt. 83, 85) are REFERRED to Magistrate Judge Beeler for the preparation of a Report and Recommendation. See Civ. L.R. 72-1. Magistrate Judge Beeler will determine whether the parties must renotice their motions to comply with the requirements of Civil Local Rule 7-2, and whether a hearing on the motions is necessary. The parties shall lodge courtesy copies of their respective motion papers with Magistrate Judge Beeler within two days of this Order. The failure to do so may result in the imposition of sanctions. This Order terminates Docket 87 and 88.

IT IS SO ORDERED.

Dated: 1/10/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge