UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAMES BLACKMON, et al.<br><br>                Plaintiffs,<br>    v.<br>GLENN TOBIAS, et al.<br><br>                Defendants. | No. C 11-02853 SBA (LB)<br><br>**ORDER VACATING APRIL 5, 2012 HEARING AND DENYING AS MOOT DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>[Re: ECF No. 93, 98, 102] |

Currently pending before the court is Plaintiffs' motion for a writ of attachment. Motion for Writ of Attachment, ECF No. 22. A hearing on the motion was previously set for April 5, 2012. Order, ECF No. 93. On February 15, 2012, the court conducted a 30-minute hearing during which the court and the parties discussed Defendants' motions to withdraw (which the court subsequently recommended denying without prejudice) and Plaintiffs' motion for a writ of attachment. Minute Order, ECF No. 98. In light of this discussion, and pursuant to Civil Local Rule 7-1(b), the court finds that this matter is suitable for determination without further oral argument and vacates the April 5, 2012 hearing. Defendants' administrative motion to continue the hearing, Administrative Motion, ECF Nos. 102, is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02853 SBA (LB)