ADAM HODKIN, Fla. Bar No. 962597, pro hac vice
ahodkin@padulahodkin.com
PADULA HODKIN, PLLC
101 Plaza Real South, Suite 207
Boca Raton, FL  33432
Telephone: 561.544.8900
Facsimile: 561.300.2128

Tom Roth, Cal. Bar No. 156712
thomasmroth@earthlink.net
STEINMEYER ROTH, LLP
2222 Foothill Blvd., #E354
La Canada, CA  91011
Telephone: 818.517.1532
Fax: 818.660.1365

Attorneys for Andreae Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLACKMON, an individual; and JOHN GRAY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>GLENN TOBIAS, et al<br><br>Defendants. | Case No.: CV-11-2853-SBA |

**ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL AN EXHIBIT TO RENEWED MOTION TO WITHDRAW AS COUNSEL FOR ANDREAE DEFENDANTS**

THIS CAUSE came before the Court on Motion for Administrative Relief to File Under Seal an Exhibit to Renewed Motion to Withdraw as Counsel for Andreae Defendants.  The Court, having read the moving papers, having heard argument of counsel and being otherwise advised to the entry of this Order, does hereby **ORDER** and **ADJUDGE** that:

The Motion for Administrative Relief to File Under Seal an Exhibit to Renewed Motion to Withdraw as Counsel for Andreae Defendants is **GRANTED**.  Pursuant to General Order No. 62,

1  counsel for the Andreae Defendants shall e-file the document under seal according to the

2  procedures outlined in the FAQs on the ECF website.

3  **IT IS SO ORDERED.**

4

5

6  Dated: 9/27/12                                 _____
                                                    United States District Judge

7  _____

Order on Motion for Administrative Relief         2
CASE NO. 4:11-cv-02853-SBA