DAVID M. GIVEN (State Bar No. 142375)
R. SCOTT ERLEWINE (State Bar No. 095106)
ROBYN C. CALLAHAN (State Bar No. 225472)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA   94111
Telephone:  415-398-0900
Fax:            415-398-0911
Email:  dmg@phillaw.com
            rse@phillaw.com
            rcc@phillaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, an individual; and JOHN GRAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN TOBIAS a/k/a GLEN TOBIAS,  etc., et al.,<br><br>Defendants. | Case No:  CV-11-2853-SBA<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Judge:   Hon. Saundra Brown Armstrong |

1        An agreement in principle has been reached regarding the above-entitled and numbered

2  action.  In light of the agreement in principle, Plaintiffs JAMES BLACKMON and JOHN

3  GRAY (collectively "Plaintiffs") hereby submit this Notice of Settlement and respectfully

4  request that the Court stay all deadlines, motions, or any other matters on calendar.  Plaintiffs

5  anticipate that a formal settlement document will be finalized within 60 days.

6        Under the contemplated settlement, the parties expect the case will be resolved in its

7  entirety.

8  Dated:  October 5, 2012               PHILLIPS, ERLEWINE & GIVEN LLP

9                       By:          */s/Robyn C. Callahan*

10                           ROBYN C. CALLAHAN

11                     ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28