UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLENN TOBIAS, et al.,<br><br>    Defendants. | Case No: C 11-02853 SBA<br><br>**ORDER** |

On October 9, 2012, the Court issued a 60-day conditional dismissal in this action. Dkt. 131. On December 4, 2012, Plaintiffs filed a motion requesting that the Court's October 9, 2012 Order be modified to extend the deadline for filing a motion to reopen the case until February 28, 2013. Dkt. 132. Plaintiffs seek an extension of the deadline due to the need for additional time to prepare and complete the written settlement agreement. The Court finds good cause to grant such an extension. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED. The parties shall have until February 28, 2013 to request that the Court reopen the case and restore the matter to its active civil calendar. This Order terminates Docket 132.

IT IS SO ORDERED.

Dated: 12/10/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge