UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GLENN TOBIAS, et al.,<br><br>　　　　Defendants. | Case No: C 11-02853 SBA<br><br>**ORDER**<br><br>Docket 136 |

On October 9, 2012, the Court issued a 60-day conditional dismissal in this action. Dkt. 131. On December 4, 2012, Plaintiffs filed a motion requesting that the Court's October 9, 2012 Order be modified to extend the deadline for filing a motion to reopen the case to February 28, 2013. Dkt. 132. On December 11, 2012, the Court issued an Order granting the extension requested by Plaintiffs. Dkt. 135. On February 20, 2013, Plaintiffs filed a motion requesting that the Court further extend the deadline to file a motion to reopen the case due to the need for additional time to prepare and complete the written settlement agreement. Dkt. 136. The Court finds good cause to grant such an extension. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED. The parties shall have until April 30, 2013 to request that the Court reopen the case and restore the matter to its active civil calendar. This Order terminates Docket 136.

IT IS SO ORDERED.

Dated: 2/26/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge