UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES BLACKMON, et al., | Case No: C 11-02853 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Docket 139 |
| GLENN TOBIAS, et al., | |
| Defendants. | |

On October 9, 2012, the Court issued a 60-day conditional dismissal in this action. Dkt. 131. On December 4, 2012, Plaintiffs filed a motion requesting that the Court's October 9, 2012 Order be modified to extend the deadline for filing a motion to reopen the case to February 28, 2013. Dkt. 132. On December 11, 2012, the Court issued an Order granting the extension requested by Plaintiffs. Dkt. 135. On February 20, 2013, Plaintiffs filed a motion requesting that the Court further extend the deadline to file a motion to reopen the case to April 30, 2013. Dkt. 136. On February 26, 2013, the Court granted the motion. Dkt. 138. The parties are presently before the Court on Plaintiffs' motion to further extend the deadline to file a motion to reopen the case. Dkt. 139. In the instant motion, Plaintiffs request that the deadline be extended to June 30, 2013 to allow the parties additional time to prepare and complete the written settlement agreement. Id. The Court finds that good cause exists for such an extension. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED. The parties shall have until June 30, 2013 to request that the Court reopen the case and restore the matter to its active civil calendar. The Court will not grant any further extensions to file a

1 | motion to reopen the case absent a showing of exigent circumstances.  This Order
2 | terminates Docket 139.
3 |         IT IS SO ORDERED.
4 | Dated:  5/3/13                                    _____
5 |                                                              SAUNDRA BROWN ARMSTRONG
                                                                 United States District Judge