R. SCOTT ERLEWINE (State Bar No. 0951 06)
DAVID M. GIVEN (State Bar No. 142375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35'" Floor
San Francisco, California 94111
Telephone; (415) 398-0900
Facsimile: (415) 398-0911
Email: rse@phillaw.com
dmg@phillaw.com

Attorneys for Plaintiff
JOHN GRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES BLACKMON, an individual; AND JOHN GRAY, an individual,

Plaintiffs,

v.

GLENN TOBIAS a/k/a GLEN TOBIAS a/k/a GLENN H. .TOBIAS a/k/a GLEN H. TOBIAS, a/k/a GLENN HARVEY TOBIAS a/k/a GLEN HARVEY TOBIAS, a/k/a GLENN H. TOBIAS, JR. a/k/a GLEN H. TOBIAS, JR., individually, d/b/a ALDEBARRON MANAGEMENT COMPANY, d/b/a ALDERBARRON MANAGEMENT COMPANY, d/b/a INFINITY ENTERTAINMENT INC., and d/b/a INNERPLAY ENTERTAINMENT; ALDEBARRON MANAGEMENT ) COMPANY, a corporation, a//a ALDERBARRON MANAGEMENT COMPANY; INFINITY ENTERTAINMENT INC., a corporation; INNERPLAY ENTERTAINMENT, a corporation; JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS; and ENCHANTED SUCCESS, an entity of unknown form,

Defendants.

CASE NO.: CV-11-2853-SBA.

STIPULATION FOR ENTRY OF JUDGMENT

SCANNED
JUN 0 3
Adams Law Group



IT IS HEREBY STIPULATED by and between plaintiff, JOHN GRAY, and defendants, JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS, that judgment in the above-entitled cause and in the form of order attached hereto against said defendants in the sum of Five Million One Hundred Thousand U.S. Dollars and Zero Cents (US$5,100,000.00), including interest, each party to bear his/her/its own attorney's fees and costs of suit.

It is stipulated and agreed between the plaintiff and said defendants that the claims for relief contained in the complaint on file herein are based on fraud, that this stipulation and judgment are based on said claims for relief, and for the reason that the judgment to be entered on this stipulation is based on fraud, the judgment entered herein shall not be dischargeable in any bankruptcy action.

The entry of judgment on this stipulation resolves any and all claims raised in the above captioned case by and between Plaintiff JOHN GRAY and Defendants JANE ANDREAE and her fictitiously named businesses, individually and jointly.

Dated: 5/14/2013

JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS, Defendants

Dated: 6/11/2013

JOHN GRAY, Plaintiff

///

///

///



Approved as to form and content:

Dated: 5/14/2013

JANE ANDREAE, IN PRO PER
For JANE ANDREAE a/k/a JANE F ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS

Dated: 6/17/13

PHILLIPS, ERLEWINE & GIVEN LLP

By: R. Scott Erlewine, Esq.
Attorneys for Plaintiff, JOHN GRAY

ORDER

On reading and filing the stipulation of the parties hereto for entry of judgment herein, and good cause appearing therefor,

IT IS HEREBY ADJUDGED AND ORDERED that:

(1) JUDGMENT be entered against Defendants JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS in the amount of FIVE MILLION ONE HUNDRED THOUSAND U.S. DOLLARS AND ZERO CENTS (US$5,100,000.00) and in favor of Plaintiff JOHN GRAY.

(2) The stipulation on which this judgment is based recites that the judgment is based on fraud and on that ground, this judgment shall not be dischargeable in any bankruptcy action.

(3) Except as specified above, no fees or costs are awarded to either Party.

(4) Entry of this judgment resolves any and all claims raised in the above captioned case by and between Plaintiff JOHN GRAY and Defendant JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS.

Dated: 6/19, 2013.

By: Saundra B. Armstrong
Hon. Saundra Brown Armstrong
UNITED STATE DISTRICT JUDGE



## ACKNOWLEDGMENT

State of California
County of LOS ANGELES )

On April 14, 2013 before me, MARK C. GLODE NOTARY PUBLIC
(insert name and title of the officer)

personally appeared JANE ANDREATE,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________ (Seal)

MARK C. GLODE
COMM. #1998870
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires DECEMBER 18, 2016

