UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLACKMON, an individual; AND JOHN GRAY, an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>GLENN TOBIAS a/k/a GLEN TOBIAS a/k/a GLENN H. .TOBIAS a/k/a GLEN H. TOBIAS, a/k/a GLENN HARVEY TOBIAS a/k/a GLEN HARVEY TOBIAS, a/k/a GLENN H. TOBIAS, JR. a/k/a GLEN H. TOBIAS, JR., individually, d/b/a ALDEBARRON MANAGEMENT COMPANY, d/b/a ALDERBARRON MANAGEMENT COMPANY, d/b/a INFINITY ENTERTAINMENT INC., and d/b/a INNERPLAY ENTERTAINMENT; ALDEBARRON MANAGEMENT  ) COMPANY, a corporation, a//a ALDERBARRON MANAGEMENT COMPANY; INFINITY ENTERTAINMENT INC., a corporation; INNERPLAY ENTERTAINMENT, a corporation; JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS; and ENCHANTED SUCCESS, an entity of unknown form,<br><br>　　　　　Defendants.<br>_____ | CASE NO.:   CV-11-2853-SBA.<br><br>JUDGMENT |

　　　　Pursuant to the Parties' Stipulation for Entry of Judgment and Proposed Form of Judgment and Proposed Order, filed June 17, 2013,  IT IS HEREBY ADJUDGED AND ORDERED that:

　　　　(1)　　JUDGMENT be entered against Defendants JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA

RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS; in the amount of NINE HUNDRED THOUSAND U.S. DOLLARS AND ZERO CENTS (US$900,000.00) and in favor of Plaintiff JAMES BLACKMON.

    (2)    The stipulation on which this judgment is based recites that the judgment is based on fraud and on that ground, this judgment shall not be dischargeable in any bankruptcy action.

    (3)    Except as specified above, no fees or costs are awarded to either Party.

    (4)    Entry of this judgment resolves any and all claims raised in the above captioned case by and between Plaintiff JAMES BLACKMON and Defendant JANE ANDREAE a/k/a JANE F. ANDREA a/k/a JANE FAY ANDREAE a/k/a JANE V. ANDREAE a/k/a JANE VICTORIA ANDREAE a/k/a VICTORIA ANDREAE a/k/a VICTORIA JANE ANDREAE a/k/a JANE VICTORIA MUKTI ANDREAE a/k/a MUKTI ANDREAE a/k/a MUKTI ANDREAE HABSBURG a/k/a JANE V. FAY a/k/a JANE F. FAY a/k/a ANDREAE JANE FAY a/k/a VICTORIA RAYMER a/k/a JANE BERNER, individually, and d/b/a ENCHANTED SUCCESS.

Dated: _6/19/13                                          By: _____*Saundra B Armstrong*_____
                                                                          Judge Saundra Brown Armstrong
                                                                          United States District Judge